1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| HOLLYN D'LIL and RICHARD SKAFF, | ) Case No.: 3:11-cv-02088-JCS |
|---|---|
| | ) <u>Civil Rights</u> |
| Plaintiffs, | ) **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SCHEDULING ORDER DATES FOR 60 DAYS** |
| vs. | ) |
| CITY OF PETALUMA and DOES 1 through 10, Inclusive, | ) |
| Defendants. | ) |

///

///

///

---

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SCHEDULING ORDER DATES FOR 60 DAYS (GO 56)**
Case No.: 3:11-cv-02088-JCS      1

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

The August 8th deadline for joint inspection of the premises, and all remaining case schedule dates shall be extended by 30 days.

**IT IS SO ORDERED.**

Dated: 7/29/11

_____
Honorable [Joseph C. Spero]
U.S. District [Judge]

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SCHEDULING ORDER DATES FOR 60 DAYS (GO 56)
Case No.: 3:11-cv-02088-JCS                                              2