1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYN D'LIL and RICHARD SKAFF, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PETALUMA and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No.: 3:11-cv-02088-JCS <br><br> <u>Civil Rights</u> <br><br> **[PROPOSED] ORDER RE STIPULATION TO AMEND PLAINTIFF'S COMPLAINT** <br><br> Fed. R. Civ. P. 15(a)(2) <br><br> Trial Date:  Not Set |

---

[PROPOSED] ORDER RE STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
Case No.: 3:11-cv-02088-JCS

1

1   PURSUANT TO THE STIPULATION of the parties, Fed. R. Civ. P. 15(a)(2),
2   and finding good cause therefore, this Court HEREBY ORDERS that:
3   Plaintiff HOLLYN D'LIL is granted permission to file the First Amended
4   Complaint that was attached as "Exhibit A" to the Stipulation to Amend Plaintiff's
5   Complaint, adding as plaintiff RICHARD SKAFF.

**IT IS SO ORDERED.**

Dated: 08/23/11

Honorable [signature: Judge Joseph C. Spero]
U.S. DIST.

_____
[~~PROPOSED~~] ORDER RE STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
Case No.: 3:11-cv-02088-JCS
2