1  before any agreements can be made.  This process has been more time-

2  consuming than anticipated.  In the event the Parties are able to settle this case

3  prior to the scheduled case management conference, Plaintiffs will promptly

4  notify the court.   However, the parties are prepared to attend the case

5  management conference, while continuing to seek a resolution.

6  **IV.    REQUEST FOR TELEPHONIC APPEARANCE BY**

7  **PLAINTIFF'S COUNSEL**

8       Plaintiff's Counsel, Patricia Barbosa, respectfully requests she be granted

9  permission to appear telephonically for the Case Management Conference in this

10  matter, scheduled for January 23, 2015, at 2:00 p.m.

11       Good cause exists for granting this request.  Ms. Barbosa resides in

12  Huntington Beach, California.  In order for her to attend to the Case Management

13  Conference, she would have to undergo an over 400 mile journey from

14  Huntington Beach to San Francisco.

15       Secondly, Counsel's ability to appear in person is further impeded due to

16  obligations in other cases.  She has other court engagements in Los Angeles and

17  cannot change those dates.  Counsel is also preparing for a trial that is scheduled

18  to begin less than two weeks from the date of the Case Management Conference,

19  and it is imperative for Counsel to be given as much time as possible to prepare.

20  At this time, it is too difficult for Ms. Barbosa to travel to San Francisco for a

21  day or half a day.

22

23  IT IS HEREBY ORDERED THAT Ms. Barbosa shall be on phone standby at 2:00 PM and
    await the Court's call.

24  Dated: 1/20/15

25

26  UNITED STATES DISTRICT COURT
    IT IS SO ORDERED
    AS MODIFIED
    Judge Joseph C. Spero
    NORTHERN DISTRICT OF CALIFORNIA

27

28

---

**FURTHER UPDATED JOINT CASE MANAGEMENT STATEMENT**