PATRICIA BARBOSA, Esq. (SBN 125865)
**BARBOSA GROUP**
16531 Bolsa Chica Street, Suite 205
Huntington Beach, CA 92649
Telephone: (714) 465-9486
PBarbosa@barbosagrp.com

Attorneys for Plaintiffs, HOLLYN D'LIL
and RICHARD SKAFF

(Appearances continued on next page.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYN D'LIL AND RICHARD SKAFF, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PETALUMA and DOES 1 through 10, Inclusive, <br><br> Defendants. | ) Case Number: C-11-2088-JCS <br> ) <br> ) Honorable Joseph C. Spero <br> ) <br> ) FURTHER UPDATED JOINT CASE <br> ) MANAGEMENT STATEMENT <br> ) <br> ) REQUEST FOR TELEPHONIC <br> ) APPEARANCE BY PATRICIA <br> ) BARBOSA <br> ) <br> ) CMC Hearing: March 20, 2015 <br> ) Time: 2:00 PM <br> ) Location: Philip Burton Federal Bldg. <br> )            450 Golden Gate Avenue <br> )            Courtroom G, 15th Floor <br> )            San Francisco, CA  94102 <br> ) |

**FURTHER UPDATED JOINT CASE MANAGEMENT STATEMENT**
Case No.: 3:11-cv-02088-JCS                                                                                               1

1  ERIC S. CASHER (SBN 248875)
2  **MEYERS, NAVE, RIBACK, SILVER & WILSON**
   555 12TH Street, Suite 1500
3  Oakland, CA 94607
   Telephone: (510) 808-2000
4  Facsimile: (510) 444-1108
5  ecasher@meyersnave.com

6
   Attorney for Defendant,
7  City of Petaluma

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties to the above-entitled action jointly submit this FURTHER UPDATED JOINT CASE MANAGEMENT STATEMENT pursuant to the Court's Case Management and Pre-Trial Order of **January 21, 2015** (Document Number 58).

## I.   STATUS OF SETTLEMENT DISCUSSIONS

**PLAINTIFFS' STATEMENT**:

The parties in this case, with the assistance of Daniel Bowling, have exchanged settlement documents to resolve Plaintiff's claims for injunctive relief, but significant issues remain before a final settlement.  Plaintiffs have also made demands for damages and attorney fees and costs, but have not received a response from the City of Petaluma so cannot tell if a settlement of the claims looks likely.  At this time, although the parties have made significant progress, but we are not ready to settle the case.  Mediator Daniel Bowling continues to reach out to the parties to facilitate a settlement, but there are no further mediation sessions scheduled at this time.  Plaintiff requests that the Court set deadlines for the settlement of this case, if one is to be achieved.  Plaintiff requests that Defendant provide a response to Plaintiff revised settlement documents and monetary demand no later than the end of March, with Plaintiff's responding no later than April 14, 2015.  This case has been very long in the process of mediation, and Plaintiffs request firm deadlines be established to settle the case, or the Court should set a trial.  Plaintiffs understand that the City must ratify any proposed agreement, and the deadlines suggested are deadlines for Defendant's attorneys to be prepared to propose the settlement to the City.

**DEFENDANT'S STATEMENT:**

Defendant City of Petaluma ("Defendant") agrees that the parties are close to resolving the injunctive relief portion of this case.  Defendant is in the process

of reviewing Plaintiffs' request for monetary damages, and researching to verify some of the factual allegations Plaintiffs' have asserted in support of Plaintiffs' request for damages.

Mediator Daniel Bowling reached out and offered to facilitate another mediation. Defendant is willing to recommend to Petaluma's City Council that we attend another mediation session to resolve all outstanding issues that remain. Defendant requests that Plaintiffs provide a response to Mediator Bowling's offer of a further mediation session no later than the date of the case management conference, March 20, 2015.

Defendant has no objection to Plaintiffs' proposed deadlines for exchange of responses to the Plaintiffs' monetary demands and revisions to the settlement documents.

## II.  REQUEST FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL

Plaintiff's Counsel, Patricia Barbosa, respectfully requests she be granted permission to appear telephonically for the Case Management Conference in this matter, scheduled for March 20, 2015, at 2:00 P.M.

Good cause exists for granting this request. Ms. Barbosa resides in Huntington Beach, California, and she must travel to San Francisco and spend a day in traveling to attend the CMC. The costs of this case are already very high and traveling to the Bay area would increase the costs of the case. At present counsel has made a demand for monetary relief, including costs and fees. It may hinder settlement discussions, if Plaintiff is required to increase the demand for costs to travel to San Francisco. Additionally, Counsel is currently preparing for a trial that requires the filing of pretrial documents on April 8, 2015, and losing a day in travel would impede Counsel's preparation of the pretrial documents, and

1  other matters that require her presence in Huntington Beach.  Plaintiff requests
2  that she be permitted to attend the Case Management Conference telephonically.
3        Defendant does not object to Plaintiff's request to appear telephonically.

Dated: March 13, 2015

/s/PATRICIA BARBOSA
PATRICIA BARBOSA
Counsel for Plaintiffs, HolLyn D'Lil and Richard Skaff

Dated: March 13, 2015

/s/ERIC CASHER
ERIC CASHER
Counsel for Defendant, City of Petaluma

2413756.1

IT IS HEREBY ORDERED THAT Ms. Barbosa shall be on phone standby beginning at 2:00 PM and await the Court's call.
Dated: 3/16/15

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

**FURTHER UPDATED JOINT CASE MANAGEMENT STATEMENT**
Case No.: 3:11-cv-02088-JCS      5