1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 | HOLLYN D'LIL AND RICHARD SKAFF, |
| 13 | |
| 14 | Plaintiff, |
| 15 | vs. |
| 16 | |
| 17 | CITY OF PETALUMA and DOES 1 through 10, Inclusive, |
| 18 | |
| 19 | Defendants. |

HOLLYN D'LIL AND RICHARD SKAFF,

                Plaintiff,

vs.

CITY OF PETALUMA and DOES 1 through 10, Inclusive,

                Defendants.

) Case No.: 3:11-CV-02088-JCS
)
) Honorable Joseph C. Spero
)
) <u>**Civil Rights**</u>
)
) [~~**PROPOSED**~~] **ORDER FOR**
) **SETTLEMENT OF ALL**
) **PLAINTIFFS' CLAIMS**
)
) [Filed concurrently with
) SETTLEMENTS AGREEMENT and
) ATTACHMENTS A and B]
)
)
)
)

## ORDER

**PURSUANT TO** Stipulation and for good cause shown, the SETTLEMENT AGREEMENT and ATTACHMENTS A and B signed by Plaintiffs HOLLYN D'LIL and RICHARD SKAFF, and Defendant CITY OF PETALUMA, and filed with this Court are approved and IS SO ORDERED.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Agreement.

Dated: _____July 30, 2015_____

_____

HON. JOSEPH C. SPERO
United States Magistrate Judge

2498747.1